**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Linda Jackson, 06-3658 CRB Reava Newman, 06-4520 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING ACTION FOR LACK OF PROSECUTION** |

The Court ordered plaintiffs Linda Jackson and Reava Newman to show cause why the motion of the law firm of Hissey, Kientz & Herron, LLC to withdraw as counsel for plaintiffs and why their lawsuits should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. In particular, the Court directed plaintiff to notify the Court in writing on or before April 13, 2007 of the reasons the withdrawal motion should not be granted or the case dismissed. The Order warned plaintiffs that their failure to communicate with the Court in writing could result in dismissal of their actions with prejudice.

As of the date of this Order plaintiffs have not submitted any writing to the Court and has not otherwise communicated with the Court. Accordingly, the motion to withdraw is

//

//

GRANTED and plaintiffs' actions are DISMISSED with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 17, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\jackson2newmandismissal.wpd